**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| DAVID DENAGALL | CIVIL ACTION NO. 21-0243 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| CALDWELL CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff David Denagall's claims are **DISMISSED AS DUPLICATIVE** and **WITHOUT PREJUDICE** to Plaintiff's right to prosecute 21-0003. The claims are otherwise **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Memorandum Order granting Plaintiff in forma pauperis status, [doc. # 11], is **REVOKED AND RESCINDED**. The Clerk of Court shall instruct the Prison Accounts Officer to discontinue automatically withholding funds from Plaintiff's inmate account for this proceeding only.

**IT IS FURTHER ORDERED** that the Clerk of Court file Document Numbers 1, 8, and 9 from this proceeding into 21-0003.

MONROE, LOUISIANA, this 12th day of May, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE